ORDERED UNSEALED on 05/10/2023  s/ dominicfrank

~~SEALED~~

s/ dominicfrank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>CHRISTIAN FERRARI,<br><br>　　　　　Defendant. | Case No.: **23mj1618-BLM**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 922 (a)(1)(A) – Dealing in Firearms Without a License (3 Counts)<br><br>Title 26 U.S.C. § 5861(d) – Possession of Unregistered Firearm (2 Counts) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about March 13, 2023, within the Southern District of California, the defendant CHRISTIAN FERRARI, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, to wit: defendant sold two (2) un-serialized, privately made, AR-15 type rifles in exchange for $2,300.00, in violation of Title 18, United States Code, Section 922(a)(1)(A).

### COUNT 2

On or about March 24, 2023, within the Southern District of California, the defendant CHRISTIAN FERRARI, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, to wit: defendant sold five (5) un-serialized, privately made, AR-15 type rifles in exchange for $5,500.00, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT 3**

On or about April 12, 2023, within the Southern District of California, the defendant CHRISTIAN FERRARI, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, to wit: defendant sold five (5) un-serialized, privately made, AR-15 type rifles in exchange for $5,500.00, in violation of Title 18, United States Code, Sections 922(a)(1)(A).

**COUNT 4**

On or about March 24, 2023, within the Southern District of California, the defendant CHRISTIAN FERRARI knowingly possessed a firearm, five (5) un-serialized, privately made, AR-15 type short barreled rifles (barrels measuring less than sixteen (16) inches), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861 (d), and 5871.

**COUNT 5**

On or about April 12, 2023, within the Southern District of California, the defendant CHRISTIAN FERRARI knowingly possessed a firearm, five (5) un-serialized, privately made, AR-15 type short barreled rifles (barrels measuring less than sixteen (16) inches), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861 (d), and 5871.

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Special Agent Cole Jones
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 5th day of May, 2023.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about January 18, 2023, ATF agents received information from the Riverside Sheriff's Office (RSO) that during a previous investigation involving a RSO Confidential Informant (hereinafter, the "CI"), they identified an individual, Christian FERRARI, involved in the manufacturing/sales of privately made firearms (PMFs).[1] RSO further advised that FERRARI is suspected to be a Marine that works on base in Camp Pendleton. RSO provided a telephone number (619-631-9183) for FERRARI and indicated that FERRARI would be expecting a call from an ATF agent [acting in an undercover capacity] (hereinafter, the "UC(s)") as someone interested in purchasing firearms.

Between the dates of January 22, 2023 and March 13, 2023, the UC began communicating with FERRARI via text messages. FERRARI utilized telephone number 619-631-9183. The UC and FERRARI's communication consisted of FERRARI providing pricing and photos of several PMF AR-15 type rifles for sale. FERRARI agreed to sell the UC two (2) PMF AR-15 style rifles for $2,250 on March 13, 2023.

MARCH 13TH PURCHASE OF TWO (2) PMF RIFLES:

On March 13, 2023, ATF UCs met with FERRARI in San Diego, CA to purchase the PMFs. FERRARI informed the UCs that he manufactures the firearms himself and that it

---

[1] The CI involved in this investigation is receiving consideration towards a Drug Enforcement Agency (DEA) narcotics case in exchange for cooperation. The CI has been working for RSO since September 29, 2022 and has provided truthful and credible information related to this investigation as well as three (3) previous and current ongoing investigations. A criminal records check revealed the CI was convicted of 422 PCC from a case in 2020, plead guilty to the felony in 2022 and received three (3) years of probation, San Diego County.

takes approximately a day to manufacture one of the rifles. The UCs provided FERRARI $2,300.00 for two PMF rifles bearing no manufacture markings or serial numbers. FERRARI made statements indicating that he frequently manufactures and sells firearms and that he typically charges $1800.00 per rifle if someone buys one at a time. The UC mentioned a photograph FERRARI had previously sent him of what appeared to be short barreled rifle (SBR) to which FERRARI acknowledge and stated "I can do real short", meaning he can manufacture SBRs. The UC stated he wanted to place an order for five (5) SBRs and FERRARI quoted $1,100 per rifle. See image below of the purchased firearms:



### MARCH 24TH PURCHASE OF FIVE (5) PMF SBR RIFLES:

Between the dates of March 13, 2023 and March 24, 2023, the UC and FERRARI communicated via text message and concluded with a plan for the UC to purchase five (5) PMF SBRs from FERRARI on March 24, 2023.

On March 24, 2023, the UCs met with FERRARI in El Cajon, California and FERRARI provided the UCs with five (5) PMF SBRs in exchange for $5,500.00. During

the transaction FERRARI stated, "That short enough for you?" FERRARI indicated that he builds the firearms in East County San Diego and that he can "keep them coming".

ATF agents later measured each barrel of rifles, and each rifle had a barrel length of 9.25 inches and an overall length of 28 inches. See image below of the purchased firearms:



APRIL 12TH PURCHASE OF FIVE (5) PMF SBR RIFLES:

Between the dates of March 24, 2023 and April 12, 2023, the UC and FERRARI communicated via text messages and concluded with a plan for the UC to purchase five (5) PMF SBRs from FERRARI on April 12, 2023.

On April 12, 2023, the UCs met with FERRARI in El Cajon, California and FERRARI provided the UC with five (5) PMF SBRS in exchange for $5,500.00. During the transaction, FERRARI indicated that the rifles were the same length as the five (5) they purchased on March 24 and stated that they were "seven and a half" (7.5 inches). The UCs told FERRARI that the five (5) rifles they were purchasing were being taken up to Northern

California to be used to protect marijuana grows. The UCs then told FERRARI that he was interested in purchasing ten (10) more SBRs so that an associate of his could take them to Mexico. The UC indicated that he had shown his associate, who takes firearms to Mexico, the rifles they were purchasing on that day, and his associate advised that he wanted ten (10) of the same rifles. FERRARI responded, "alright, perfect." FERRARI quoted $10,000.00 for the order of ten (10) rifles.

     ATF agents later measured each barrel of the rifles, and each rifle had a barrel length of 9.25 inches and an overall length of 27.5 inches. See image below of the purchased firearms:



### FURTHER ATF INVESTIGATION:

     Due to the measurement of the barrels, the ten (10) total firearms FERRARI sold to the UC on March 24, 2023 and April 12, 2023 qualify as short barreled rifles under the

National Firearms Act (NFA), thus requiring a registration in the National Firearms Registration and Transfer Record (NFRTR).

ATF caused a query of the NFRTR regarding FERRARI with the result of FERRARI not having any items registered in the NFRTR.

ATF caused a query of the Federal Licensing System (FLS) regarding FERRARI to determine if FERRARI holds an active Federal Firearms License (FFL). The FLS query revealed that FERRARI does not hold and never has held an FFL.

## REQUEST FOR SEALING

This is an ongoing investigation, the scope of which FERRARI and any co-conspirators are unaware. It is very likely, based upon the above, that evidence of the crimes under investigation exists in the direct and indirect control of the targets. There is reason to believe, based on the above, that premature disclosure of the existence of the warrant and complaint will result in destruction or tampering with the evidence and seriously jeopardize the success of the investigation. Accordingly, it is requested that the warrant, complaint, and its related materials be sealed until further order of the Court.